IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-266-GCM

| | |
|---|---|
| FC SUMMERS WALK, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| TOWN OF DAVIDSON | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its own motion. As there is a pending Motion for Summary Judgment before the Court, the trial is continued until November 8, 2010.

**SO ORDERED.**

Signed: July 13, 2010

Graham C. Mullen
United States District Judge