IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-cv-266-GCM

| | |
|---|---|
| FC SUMMERS WALK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| TOWN OF DAVIDSON, ) | |
| ) | |
| Defendant. ) | |

    The parties are each to file, 30 days hence, a brief not to exceed 25 pages addressing the issue of whether *Burford* abstention applies to this matter. The trial set for November 8, 2010 is continued indefinitely in light of this issue and will be rescheduled as needed.

    **SO ORDERED.**

Signed: September 8, 2010

Graham C. Mullen
United States District Judge